

6

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 9 2005

GREGORY C. LANGHAM
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   <u>05-CV-1090-OES</u>
(To be supplied by the court)

<u>NatHaniel Harvey</u>, Plaintiff,

v.

<u>Warden of facility</u>,

<u>I.S.M. Gregory</u>,

_____,

<u>Programs Coordinator</u>,

<u>S. Fuller</u>,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

---

**PRISONER COMPLAINT**

---

(Rev. 9/02/04)

(6)

7

## A. PARTIES

1. Nathaniel Harvey 05-0458 Adams County
(Plaintiff's name, prisoner identification number, and complete mailing address)
detention Facility 150 North 19th Ave
P.O. Box 5001 Brighton, Co 80601-5001

2. T.S.M Gregory warden of facility
(Name, title, and address of first defendant)
Adams county detention facility
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:

appealed to T.S.M Gregory. Conclusion-
Denied.

3. S. Fuller Programs coordinator
(Name, title, and address of second defendant)
Adams county detention facility
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
By not granting my Constitutional right to the Free exercise of my
religion, mr. Fuller, acting program coordinator, assumes he is

Not violating my constitutional rights.

4. _____ N/A _____
(Name, title, and address of third defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:
N/A
N/A

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 9/02/04)                    2

Ⓑ

# D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: Religious Services And Meetings with Clergy

Mr. Nathaniel Harvey    Supporting Facts:

Adams County Detention facility
150 North 19th Ave.
P.O. Box 5001
Brighton, CO. 80601-5001

On This Date, 05·13·05, I Nathaniel Harvey wrote The programs coordinator about attending Jumuah Services. That Is meeting with an outside Clergy.
I professed to this Gentleman that I am Requesting Information as to "Why" practising muslims as a whole, are not allowed to attend Jumuah Islamic Service. MR. Fuller, The programs coordinator answered my (kite) of correspondance on 5·16·05. This Gentlman wrote me saying that Quote: "On Intake, you professed "no or none religion" as a preference. As Such, you do not have standing to insert yourself into this Issue. I will not debate this subject with you. UnQuote: I then appealed this decission to T.S.M Gregory and asked for a Copy of my Inmate Classification needs assessment sheet which would indicate that I am muslim Date 2·2·03. I asked for this sheet on 5·17·05. I also wrote to MS Gregory on 5·21·05 and stated Quote: "Yes I would like to have a Copy of my 2003-1251 page. I am only asking for one page. This page should indicate my Religious preference. The reason why I said no Religious preference on 1·14·05 is because after the 911 atacks, muslims all over the world have been treated Indeferent. This is The same Indeference that the muslim Community Is being treated with In your facility. we are being—

(Rev. 9/02/04)                    4                    Continued to
                                                        D. Cause of

2. Claim Two: <u>Special Diets: Kosher meal.</u>

Supporting Facts:

Mr. Nathaniel Harvey
Adams County Detention facility
150 North 19th Ave. P.O. Box 5001
Brighton, CO. 80601-5001

On This Date 5·13·05, I Nathaniel Harvey wrote The programs coordinator as to the Grievance proceedure In request of a Kosher diet. The Reason. Why I wrote a Grievance to ms. Gregory Is because The programs Coordinator Mr. S. Fuller Kept denying me a Kosher meal because of my Intake. It IS because of his Statement Quote: "On Intake, you proffessed "NO OR NONE REligion as a preference. As Such, you do not have Standing to Insert yourself into this Issue." UNQuote: He further said Quote: "I will not debate This Subject With you." Unquote:
The reason why his answer IS Exactly the same AS It IS for my cause of action Claim one Is because my religious Issues where addressed all at once But In seperate Correspondance (Kites). I also Stated on the same correspondance (Kite) That, Quote: According to the BIBLE And The Quran > HEbrew & ArAbic Language < The word Kosher means Lawful and good, UNQuote: The Quran States o you people! Eat of what Is on earth Lawful and good!, I wrote Mr. Fuller on this Subject before and I was Inadequately denied.
Mr. Fuller's Response was, Quote WE dont provide these Services for muslims at this facility UNQUOTE: According to my Holy Book Surah 5 VERSE 5 I am Required to have a Special diet. THE Quran STates QUOTE: This day all good and pure things are made Lawful to you. The food of the people of the BOOK Is Lawful to you and yours Is Lawful to them." UNQOUTE: The people OF the Book are the Jews and the Christians. MY religious needs have and still are being denied. Continue →

Respectfully submitted

(10)                                                                                      11

3. Claim Three: access to Religious literature.

Supporting Facts:

Mr. Nathaniel Harvey
Adams County Detention facility
150 North 19th AVE P.O. Box 5001
Brighton, CO. 80601-5001

On this date 5·13·05, I Nathaniel Harvey wrote the ~~Detention~~ Library for Islamic materials, and was denied access. I physically saw with my own eyes someone of a different Gender write the Library For these same material (BIBLE) and They meaning the Library had this material for that person. Why not for the muslims at this facility? I wrote again on 5·18·05 and asked Quote: "I, Nathaniel Harvey am requesting "any reading materials on the Islamic faith to further my practice of Belief. Any Books such as the life of prophet Muhamma and or Hadith. P.S. If you dont have books pretaining to the prophet muhammad or Hadith, please send any reading materials". UnQuote:

Chaplain John wrote me back on 5·19·05. His response was, Quote: "Currently we have no material In stock for you. We have tried several times to contact Islamic Centers for resources only to never be Called back". UnQuote: I do believe under The Religious Freedom Restoration act, My rights to Freedom of Religious Activit Are In EVERY way being violated.

End of Claim Three



## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

Defendant, T.S.M Gregory, Is the [Superintendant/Warden] of Adams County Detention facility, 150 North 19th Ave. PO Box 5001 Brighton, CO. 80601-5001. She Is Legally responsible for the Operation of Adams County Detention facility and for the welfare of all the Inmates Of That facility. I am humbly requesting for "PRELIMINARY" INJUNTIVE RELIEF. I am Sueing MS. Gregory and Mr. FULLER In their "Official Capacity." Federal Rules of Civil procedure Rule 65(a). Without the Courts help, I am likely to Suffer Irreparable harm; I also am Likely to Succeed at trial, and I will Suffer more If the Injuntion Is denied than the Defendant will Suffer IF It Is Granted. A preliminary Injuntion will Serve The Public Interest.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   6 · 23 · 05
                        (Date)

_Nathaniel Harvey_
(Prisoner's Original Signature)

(Rev. 9/02/04)                                    8

MR. Nathaniel Harvey (Name)
Adams County Detention
Facility 150 North 19th Ave (Address)          6-23-05
P.O. Box 5001                                 (Date)
Brighton, CO 80601-5001

REFERENCE: STATUTORY NOTICE PURSUANT TO 24-10-109, C.R.S.

Dear Sir:

Please take notice that I herewith tender my notice of intent to bring legal action in the (County) (District)
(United States District) court against:

Adams County Detention facility 150 N.19th AVE P.O.BOX 5001 Brighton, CO 80601

T.S.M Gregory / S. FULLER

PURSUANT to 24-10-109, C.R.S., the following information is made available to you:

1.) State your full name, address and zip code:                                    P.O. Box 5001
NATHANIEL HARVEY 150 NORTH 19th AVE Brighton, CO. 80601:5

2.) State your attorney's full name, firm name, firm address and zip code (if applicable)
N/A

3.) Give a short statement of the basis of the claim, including the date, time, place and
circumstances of the act, omission, or even you are complaining of.  150 N. 19th AVE FEBRua 10,05.
Freedom of Religious Activity.

4.) State the full name and address (if known) of each person involved in the incident.
T.S.m. Gregory Bm/ 150 North 19th Ave P.O. BOX 5001
S. FULLER           Brighton CO. 80601-5001

5.) Give a concise statement of the nature and extent of the injury claimed to have been suffered.
not being able to obtain religious materials, Kosher meals or
Religious visitations. my right to practice my religion. under the Free Exercise clause, It protec

6.) State the amount of damages you will be suing each person for.
N/A Injunctive relief

Respectfully,

Nathaniel Harvey

****If the claim is against the state or an employee thereof, the notice shall be presented to the attorney general. If the claim
is against any other public entity or an employee thereof, the notice shall be presented to the governing body of the
public entity or the attorney representing the public entity.

## ADAMS COUNTY SHERIFF'S OFFICE
### Inmate Classification Needs Assessment

Inmate Name _Harvey Nathaniel_  Booking Number _1251_

Specialist _BC_  Date _2-2-03_

_typical for parr_

_A 346_

### Health

1 Limited physical capacity acute illness, needs hospitalization or note patient treatment

2 Mild disability or illness, outpatient treatment required; non-strenuous work

(3) No problems which limit housing or work assignment

### Emotional Stability

1 Severe impairment; danger to self, others, needs hospital environment

2 Moderate impairment requires monitoring, individual or group therapy

(3) Emotionally stable no indications of mental illness

### Education

1 5th Grade or below reading, math skills, needs remedial or special education classes

2 No H.S. diploma, needs adult education or GED program

(3) High School diploma, GED, or equivalent  _GED_

### Interpersonal Skills

1 Legal Problems relating to Domestic Violence or Parenting Skills

2 Legal Problems relating to Anger or Stress Issues  _MORE_

3 Marketable Job Skills/Trade  _forklift_

### Substance Abuse

1 Frequent abuse resulting in social, economic or legal problems, needs treatment Alcohol/Illegal Substance

2 Occasional abuse causing disruption of functioning Alcohol/Illegal Substance

(3) No disruption of functioning or difficulties

### Mental Ability

1 Serious disability limiting ability to function; needs sheltered living, work situations

2 Mild disability limiting educational/vocational potential

(3) No discernible disability

Religion Preference _Muslim_

Sex Offender:   registered or current   Yes  (No)

Priority codes:  1 – Urgent, immediate need
2 – Problem directly related to criminal behavior, high priority
3 – Problem resolution would enhance ability to succeed in community

Form 4217A (08/02)

4

## ADAMS COUNTY SHERIFF'S OFFICE
### Inmate Classification Needs Assessment

Inmate Name _Harvey, Nathaniel_   Booking Number _458_

Specialist _____ _A 336_ _BC_ Date _011405_

*Hypertension*

### Health

1 Limited physical capacity acute illness, needs hospitalization or note patient treatment

2 Mild disability or illness, outpatient treatment required; non-strenuous work

3 No problems which limit housing or work assignment

### Emotional Stability

1 Severe impairment; danger to self, others, needs hospital environment

2 Moderate impairment requires monitoring, individual or group therapy

3 Emotionally stable no indications of mental illness

### Education

1 5th Grade or below reading, math skills, needs remedial or special education classes

2 No H.S. diploma, needs adult education or GED program

3 High School diploma, GED, or equivalent

*furniture mover*

### Interpersonal Skills

1 Legal Problems relating to Domestic Violence or Parenting Skills

2 Legal Problems relating to Anger or Stress Issues

3 Marketable Job Skills/Trade

### Substance Abuse

1 Frequent abuse resulting in social, economic or legal problems, needs treatment Alcohol/Illegal Substance

2 Occasional abuse causing disruption of functioning Alcohol/Illegal Substance

3 No disruption of functioning or difficulties

### Mental Ability

1 Serious disability limiting ability to function; needs sheltered living, work situations

2 Mild disability limiting educational/vocational potential

3 No discernible disability

**Religion Preference** _None_ -

**Sex Offender:** registered or current   Yes   (No)

**Priority codes:**  1 - Urgent, immediate need
2 - Problem directly related to criminal behavior, high priority
3 - Problem resolution would enhance ability to succeed in community

Form 4217A (08/02)

F.S.M
GregoRY

**ADAMS COUNTY DETENTION FACILITY**
**Inmate Request Form (Kite)**

Thank You
MS. GregoR,

Deputy's Signature _M.Marshall_          Date/Time Received _5-21-05/20:46_

Inmate's Name _Nathaniel HARvey_          Date/Time _05-21-05_
              (Print Full Name)

Inmate's ID Number _____          Housing Assignment _A-6-91_

Statement, Grievance, or Request: _MS. Gregory: After this_
_Kite, their will be no more need to further_
_correspond through this Grievance proceedure. I_
_SEE Not only am I being denied Religious_
_materials, Kosher meals, I'm not having my_
_Religious rights met iether. Just so that you_
_are made aware, I've had already months Ago_
_wrote to your programs coordinator on this issue._
_Conclusion was —_
_                    I was denied._
_                    Thank you for_
_                    YOUR CONCERN._

...........................................................

Date/Time _5-23-05_     Response _WE HAVE PROVIDED YOU WITH A_
_QURAN, WE SERVE A PORK FREE DIET, WE WILL ALLOW A_
_RELIGIOUS LEADER OF YOUR FAITH TO VISIT AT ANY_
_REASONABLE TIME. THIS COMPLETES OUR ACTUAL OBLIGATION._
_WHILE WE DO NOT OFFER KOSHER DIETS TO MUSLIMS, I_
_WILL OFFER YOU THE VEGETARIAN DIET SINCE IT ELIMINATES_
_THE ISSUE OF MEAT BEING BLESSED. IF YOU CHOSE IT —_
Respondent's Signature and Title _Melanie Seguy, TSM_

Inmate's Name _Nathaniel Harvey_          Date/Time _____
              (Acknowledgment of Response)

Original:   Inmate File
Yellow:     Inmate (Upon Receipt of Completed Kite)
Pink:       Inmate (Upon Submission of Kite)

Form 4273 (07/00)

T.S.M

Gregory

## ADAMS COUNTY DETENTION FACILITY
### Inmate Request Form (Kite)

Deputy's Signature  M.Marshall          Date/Time Received 5-2105/21:53

Inmate's Name  NAthaniel HArvey          Date/Time  05 - 21 - 05
(Print Full Name)

Inmate's ID Number  05 - 458          Housing Assignment  A - 691

Statement, Grievance, or (Request): Yes - I would Like to have
a copy of my 2003-1251 page. I am only
asking for one page. This page should indicate
my religious preference. The reason why I said NO
Religious preference is because after the 911 Attacks,
muslims all over the world have been treated
indeferent. This IS the same Indeference that
the muslim Community is being treated with
in your facility. We are Being denied our
Religious rights as a whole and individually.
          Thank You !

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Date/Time  5-23-05     Response HERE IS YOUR COPY. I WILL WAIVE
THE COPY FEE. THIS PAPER FROM 2003 DOES NOT CHANGE
ANYTHING. THE 911 ATTACK WAS IN 2001 AND YOU FELT
FREE TO DECLARE YOURSELF A MUSLIM JUST TWO YEARS
LATER IN 2003, BUT NOT IN 2005. IN ANY EVENT,
YOUR RIGHTS HAVE NOT BEEN VIOLATED.

Respondent's Signature and Title  Melanie Suguy, B14

Inmate's Name  Nathaniel Harvey          Date/Time
(Acknowledgment of Response)

Original:     Inmate File
Yellow:     Inmate (Upon Receipt of Completed Kite)
Pink:     Inmate (Upon Submission of Kite)

Form 4273 (07/00)

S.M. Gregory

# ADAMS COUNTY DETENTION FACILITY
## Inmate Request Form (Kite)

Deputy's Signature _M. Marsdal_          Date/Time Received _5-14-05/2:54_

Inmate's Name _Nathaniel Harvey_          Date/Time _5-13-05 11:00 pm_
              (Print Full Name)

Inmate's ID Number _050458_          Housing Assignment _A-6  91_

Statement, Grievance, or Request: _I Nathaniel Harvey, am requesting information as to "why" practising muslims as a whole, are not allowed to attend Jumuah services. I am also requesting information as to "why" practising muslims as a whole, are not allowed to participate in fasting for the Holy Month of Ramadan. THis facility does not provide services for muslim Gender at all. "why"? Every time I write the Library for Islamic materials, Im denied access. Why? I do believe under the Religious Freedom Restoration act, my rights to Freedom of Religious Activity are in Every way being Violated. Access to religious literature, williams v. Brimeyer, 116 F. #3d 351 8th cir 1997  Chriceol v. PhIllips, 169 F. 3d 313 5th cir 199_

Date/Time _____ Response _____

_____

_____

_____

_____

Respondent's Signature and Title _____

Inmate's Name _____          Date/Time _____
              (Acknowledgment of Response)

Original:     Inmate File
Yellow:       Inmate (Upon Receipt of Completed Kite)
Pink:         Inmate (Upon Submission of Kite)

Form 4273 (07/00)

T.S. M. Gregory

# ADAMS COUNTY DETENTION FACILITY
## Inmate Request Form (Kite)

Deputy's Signature _Gaviaroula_            Date/Time Received _0520 05 / 0000_

Inmate's Name _Nathaniel Harvey_            Date/Time _05-19-05 11:15_
(Print Full Name)

Inmate's ID Number _05-0458_            Housing Assignment _A-6-91_

Statement, Grievance, or Request: _my name is nathaniel Harvey and I am a practising muslim. my reasons for writing you is because I requested a dietary Kosher meal due to my religious beliefs. I wrote the programs Coordinator S. Fuller, and he denied me based on my Intake. "NO Religious prefrance." Well Mam, I am a muslim. I am requesting relief of a Kosher diet. please. I have Kited you on many ocassions and this Gentleman has Entercepted my kite or it has been ___ MS Mcdonald the Chaplain. The Quran States as follows:" O you people! Eat of what is on earth, lawful and good. This is what Halal & Kosher means. Thank you!_

(left margin, vertical) _The tree ??? protects my right to follow my religion_

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Date/Time _____        Response _____

_____

_____

_____

_____

Respondent's Signature and Title _____

Inmate's Name _____        Date/Time _____
(Acknowledgment of Response)

Original:    Inmate File
Yellow:      Inmate (Upon Receipt of Completed Kite)
Pink:        Inmate (Upon Submission of Kite)

F.S.M

Gregory

THANK YOU
MS. GREGOR

# ADAMS COUNTY DETENTION FACILITY
## Inmate Request Form (Kite)

Deputy's Signature _M. Marshall_                Date/Time Received 5-21-05/20:46

Inmate's Name _Nathaniel Harvey_                Date/Time 05-21-05
(Print Full Name)

Inmate's ID Number _____                Housing Assignment A-6-91

Statement (Grievance) or Request: _Ms Gregory: After this Kite, their will be no more need to further correspond through this Grievance proceedure. I see not only am I being denied Religious materials, Kosher meals, Im not having my Religious rights met either. Just so that you are made aware, I've had already months ago wrote to your programs coordinater on this issue. Conclusion was —_

_I was denied._

_Thank you for your concern._

Date/Time _____    Response _____

_____

Respondent's Signature and Title _____

Inmate's Name _____                Date/Time _____
(Acknowledgment of Response)

Original:    Inmate File
Yellow:     Inmate (Upon Receipt of Completed Kite)
Pink:        Inmate (Upon Submission of Kite)

To LIBRARY

Chaplain
5/20/05

5/18/05

Deputy's Signature __LIVINGSTON__ Date/Time Received __051805/2050__

Inmate's Name __NATHANIEL HARVEY__ Date/Time __5 · 18 · 05__
(Print Full Name)

Inmate's ID Number __05 - 0458__ Housing Assignment __A - 6 - 91__

Statement, Grievance, or (Request):

I Nathaniel Harvey am requesting "any" reading materials on the Islamic faith to Further my practice of Belief. Any Books such as the Life of prophet Muhammad and Hadith.

P.S. IF you dont have Thank you! Books pertaining to the prophet muhammad or hadith please send any reading materials. TO LIBRARY!

Date/Time __5/19 2pm__ Response __Currently we have no material in stock for you. We have tried several times to contact Islamic centers for resources only to never be called back__

Respondent's Signature and Title __Chaplain John__

Inmate's Name __Nathaniel Harvey__ Date/Time __05 - 20 - 05__
(Acknowledgment of Response)

Original: Inmate File
Yellow: Inmate (Upon Receipt of Completed Kite)
Pink: Inmate (Upon Submission of Kite)

**ADAMS COUNTY DETENTION FACILITY**
*Inmate Request Form (Kite)*

Deputy's Signature _R1PP_                Date/Time Received _051705_

Inmate's Name _Nathaniel Harvey_        Date/Time _05- 17- 05_
            (Print Full Name)

Inmate's ID Number _05- 0458_           Housing Assignment _A-6 -91_

Statement, Grievance, or Request: _I am requesting a_
_copy" of my Inmate classification needs_
_assessment sheet for the years of_

_2003 - 1251 & 1992 - 6389 Thank you_
_Respectfully Submitted_
_Nathaniel Harvey_

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

Date/Time _____    Response _____

Respondent's Signature and Title _____

Inmate's Name _____                Date/Time _____
            (Acknowledgment of Response)

Original:   Inmate File
Yellow:     Inmate (Upon Receipt of Completed Kite)
Pink:       Inmate (Upon Submission of Kite)

MR. S. FULLER

Coordinator

## ADAMS COUNTY DETENTION FACILITY
### Inmate Request Form (Kite)

Deputy's Signature ___LIVINGSTON___   Date/Time Received _051705/2140_

Inmate's Name _Nathaniel Harvey_   Date/Time _05-17-05_
(Print Full Name)

Inmate's ID Number _05-0458_   Housing Assignment _A-6-91_

Statement, Grievance, or Request: _I am humbly requesting_
_a "copy" of my Inmate classification Needs_
_Assessment sheet. Im trying to show_
_that under this Number 2003-1251, upon_
_Intake, I professed Islam as my religion._

_this further goes to show that I,_
_Nathaniel Harvey am following protical IN_
_exausting all remidies._
            _Thank you_
            _Respectfully Submibled_
            _Nathaniel Harvey_
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Date/Time _____   Response _____

Respondent's Signature and Title _____

Inmate's Name _____   Date/Time _____
        (Acknowledgment of Response)

Original:   Inmate File
Yellow:     Inmate (Upon Receipt of Completed Kite)
Pink:       Inmate (Upon Submission of Kite)

## ADAMS COUNTY DETENTION FACILITY
### Inmate Request Form (Kite)

Deputy's Signature _LIVINGSTON_                Date/Time Received _051705/2140_

Inmate's Name _Nathaniel HARVEY_              Date/Time _05 - 17 - 05_
(Print Full Name)

Inmate's ID Number _05 - 0458_               Housing Assignment _A-6 - 91_

Statement, Grievance, or Request:

I Nathaniel HARVEY, Am Requesting A SECTION 1983 and a motion for Leave to Proceed IN Forma Paperis.

I also Am Requesting one Legal Envelop for Correspondance to the Court.

Thank you
Respectfully Submitted
Nathaniel Harvey

• • • • • • • • • • • • • • • • • • • • • • • • • •

Date/Time _____ Response _____

Respondent's Signature and Title _____

Inmate's Name _____                   Date/Time _____
(Acknowledgment of Response)

Original:   Inmate File
Yellow:     Inmate (Upon Receipt of Completed Kite)
Pink:       Inmate (Upon Submission of Kite)

T.S.M
GREGORY

## ADAMS COUNTY DETENTION FACILITY
### Inmate Request Form (Kite)

Deputy's Signature __LIVINGSTON__   Date/Time Received __05 1805/1930__

Inmate's Name __Nathaniel Harvey__   Date/Time __05 · 18 · 05__
(Print Full Name)

Inmate's ID Number __05 - 458__   Housing Assignment __A · 6 · 91__

Statement, Grievance, or Request:

Hello MS Gregory! this grievance is Applicable to The programs coordinator of this facility Mr. S. Fuller. I have written the law library, to (YOU), T.S.M Gregory and EVEry tIme, my kites are intercepted by this GEntleman S. Fuller. Why? Can you please explain why he is making it impossible to exaust state remidies And again, this Grievance is to the warden of this facility T.S.M. Gregory. Thank you!

•••••••••••••••••••••••••••••••

Date/Time _____ Response _____

Respondent's Signature and Title _____

Inmate's Name _____ Date/Time _____
(Acknowledgment of Response)

Original:   Inmate File
Yellow:   Inmate (Upon Receipt of Completed Kite)
Pink:   Inmate (Upon Submission of Kite)

T.S.M GREGORY

# ADAMS COUNTY DETENTION FACILITY
## Inmate Request Form (Kite)

Deputy's Signature K.Gawrowski                    Date/Time Received 052005/0000

Inmate's Name Nathaniel Harvey                    Date/Time 05-19-05 11:30
(Print Full Name)

Inmate's ID Number 05-0458                    Housing Assignment A-6-91

Statement, Grievance, or (Request): my name is Nathaniel Harvey and
I am seeking to know why this facility does
not allow practising muslims as a whole to
attend Islamic services on friday. the bottom
line is that while I am not entitled to unlimited
meetings, I have a right to a "reasonable
opportunity" to attend services or meet with a
religious leader. The facility can also require that
all religious services be led by a non-prisoner
Religious leader. Anderson V. Angelone 123 F.3d
1197 (9th Cir. 1997) I would like to attend Friday Services
Thank You!

................................................................

Date/Time _____ Response _____

_____

_____

_____

Respondent's Signature and Title _____

Inmate's Name _____                    Date/Time _____
(Acknowledgment of Response)

Original:    Inmate File
Yellow:      Inmate (Upon Receipt of Completed Kite)
Pink:        Inmate (Upon Submission of Kite)

LAW LIBRARY

## ADAMS COUNTY DETENTION FACILITY
### Inmate Request Form (Kite)

Deputy's Signature _K. Gusiorowski_    Date/Time Received _05/2005/0000_

Date/Time _05 - 19 - 05  11:00_

Inmate's Name _Nathaniel Harvey_
(Print Full Name)

Inmate's ID Number _05 - 0458_    Housing Assignment _A-6-91_

Statement, Grievance, or (Request):

I Nathaniel Harvey am
Requesting a Declarations form for 1983
suit

thank you
Nathaniel Harvey

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

Date/Time _____    Response _____

Respondent's Signature and Title _____

Inmate's Name _____    Date/Time _____
(Acknowledgment of Response)

Original:    Inmate File
Yellow:      Inmate (Upon Receipt of Completed Kite)
Pink:        Inmate (Upon Submission of Kite)

S. M

Gregory

# ADAMS COUNTY DETENTION FACILITY
## Inmate Request Form (Kite)

Deputy's Signature _M. Marshall_    Date/Time Received 5-21-05 / 21:53

Inmate's Name _NAthaniel HARvey_    Date/Time _05 - 21 - 05_
(Print Full Name)

Inmate's ID Number _05 - 458_    Housing Assignment _A - 691_

Statement, Grievance, or [Request]: _Yes - I would Like to have a copy of my 2003-1251 page. I am only asking for one page. This page should indicate my religious preference. The reason why I said NO Religious preference is because after the 911 Attacks, muslims all over the world have been treated indeferent. This Is the same Indeference that the muslim community is being treated with in your facility. We are Being denied our Religious rights as a whole and individually.  Thank you !_

Date/Time _____ Response _____

_____

_____

_____

_____

Respondent's Signature and Title _____

Inmate's Name _____    Date/Time _____
(Acknowledgment of Response)

Original:   Inmate File
Yellow:   Inmate (Upon Receipt of Completed Kite)
Pink:   Inmate (Upon Submission of Kite)

T.S.m
GReGoRy BM

## ADAMS COUNTY DETENTION FACILITY
### Inmate Request Form (Kite)

Deputy's Signature ___LIVINGSTON___   Date/Time Received _052205/2045_

Inmate's Name _Nathaniel HARVEY_   Date/Time _05 - 22 - 05_
(Print Full Name)

Inmate's ID Number _05 - 0458_   Housing Assignment _A - 691_

Statement,(Grievance,)or Request: I would Like to know what Religious diet's does this facility offer to the "African American Muslim's" here at this facility. The Jewish Community has Kosher diet's for their religion. Im sure the Christians are sufficed with something. What about the Muslims? Does this facility suffice Halal diet for muslims since you say you dont offer Kosher for us? Im starting to think that we have a religious and civil issue on our hands. Im sure that it should not come to this. Can we please work something out ms. Gregory. Thank you!
Nathaniel Harvey.

Date/Time ___5-23-05___  Response WE OFFER A PORK FREE DIET FOR MUSLIMS. PER MY OTHER RESPONSE I AM OFFERING YOU A VEGETARIAN DIET.

Respondent's Signature and Title _Melanie Sugay TS14_

Inmate's Name _Nathaniel Harvey_   Date/Time _____
(Acknowledgment of Response)

Original:   Inmate File
Yellow:   Inmate (Upon Receipt of Completed Kite)
Pink:   Inmate (Upon Submission of Kite)

Form 4273 (07/00)

F.S.M

Gregory BM

# ADAMS COUNTY DETENTION FACILITY
## Inmate Request Form (Kite)

Deputy's Signature ___LIVINGSTON___          Date/Time Received ___052205/2045___

Inmate's Name ___Nathaniel Harvey___          Date/Time ___05 - 22 - 05___
(Print Full Name)

Inmate's ID Number ___05 - 0458___          Housing Assignment ___A - 691___

Statement, Grievance, or Request: I would like to know what Religious diet's does this facility offer to the "African American Muslims" here at this facility. The Jewish Community has Kosher diet's for their religion. I'm sure the Christians are sufficed with something. What about the Muslims? Does this facility suffice Halal diet for muslims since you say you dont offer Kosher for us? I'm starting to think that we have a religious and civil issue on our hands. I'm sure that it should not come to this. Can we please work something out ms. Gregory. Thank you!

Nathaniel Harvey.

Date/Time _____ Response _____

_____

_____

_____

Respondent's Signature and Title _____

Inmate's Name _____          Date/Time _____
(Acknowledgment of Response)

Original:    Inmate File
Yellow:     Inmate (Upon Receipt of Completed Kite)
Pink:        Inmate (Upon Submission of Kite)

T.S.M.
Gregory - BM

Deputy's Signature _____ Date/Time Received _5-25-05_

Inmate's Name __Nathaniel Harvey__ Date/Time _5·23·05_
(Print Full Name)

Inmate's ID Number _65-0458_ Housing Assignment _A-691_

Statement, Grievance, or Request:

ms. Gregory:

Yes I would except your offer of an
vegitarian diet.

Thank you !

Nathaniel Harvey
A-691

..................................................

Date/Time _____ Response _____

Respondent's Signature and Title _____

Inmate's Name _____ Date/Time _____
(Acknowledgment of Response)

Original: Inmate File
Yellow: Inmate (Upon Receipt of Completed Kite)
Pink: Inmate (Upon Submission of Kite)