F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 6 - 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01090-OES

NATHANIEL HARVEY,

    Plaintiff,

v.

WARDEN OF FACILITY T.S.M. GREGORY, and
PROGRAMS COORDINATOR S. FULLER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    On June 29, 2005, Plaintiff filed a Motion to File Without Payment and Supporting Financial Affidavit, a Motion to Extend Thirty-Day Period, and a Motion for Appointment of Counsel. The Motion to File Without Payment and Supporting Financial Affidavit is inappropriate as Plaintiff has filed a Prisoner's Motion and Affidavit. Therefore, the Motion to File Without Payment (Doc. No. 11) is DENIED. The Motion for Appointment of Counsel (Doc. No. 9) is DENIED as premature. Plaintiff's Motion to Extend Thirty-Day Period (Doc. No. 10) is GRANTED. Plaintiff shall have thirty days from the day of the instant Minute Order to comply with the Court's June 14, 2005, Order to Cure Deficiency. If Plaintiff fails to comply within thirty days the Complaint and action will be dismissed without further notice.

Dated: July 6, 2005

Copies of this Minute Order mailed on July 6, 2005, to the following:

Nathaniel Harvey
Adams County Detention Facility
150 N. 19th Ave.
Brighton, CO 80601

                              Secretary/Deputy Clerk