IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01090-BNB-CBS

NATHANIEL HARVEY,

Plaintiff,

v.

T.S.M. GREGORY, Warden of Facility,
S. FULLER, Programs coordinator,
ADAMS COUNTY SHERIFF'S DEPARTMENT, and
ADAMS COUNTY,

Defendant.
_____

## AMENDED ORDER
_____

The parties appeared this morning for a Status/Scheduling Conference. The following schedule was established:

**Deadline for Joinder of Parties and Amendment of Pleadings: March 9, 2007**

**Discovery Cut-Off:   July 31, 2007**

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

The parties are limited to four depositions per side. No deposition shall exceed seven hours.

**Dispositive Motions Deadline:   August 31, 2007**

**Expert Disclosures:**  There will be no expert witnesses.

**Final Pretrial Conference:** A final pretrial conference will be held in this case on **October 29, 2007, at 8:30 a.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **October 22, 2007**.

DATED February 16, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge