IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01090-BNB-CBS

NATHANIEL HARVEY,

Plaintiff,

v.

T.S.M. GREGORY, Warden of Facility,
S. FULLER, Programs coordinator,
ADAMS COUNTY SHERIFF'S DEPARTMENT, and
ADAMS COUNTY,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **Plaintiff's Unopposed Motion for Leave to Amend His Complaint** [Doc. # 93, filed 3/8/2007] is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint [Doc. # 93-3].

DATED: March 9, 2007