IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01090-BNB-CBS

NATHANIEL HARVEY,

Plaintiff,

v.

T.S.M. GREGORY, Warden of Facility,
S. FULLER, Programs coordinator,
ADAMS COUNTY SHERIFF'S DEPARTMENT, and
ADAMS COUNTY,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion for Leave to Depose Plaintiff, a Confined Person in Prison** [docket no. 100, filed June 15, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Defendants may depose the plaintiff at the Sterling Correctional Facility on July 13, 2007.

DATED June 18, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge