IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01090-BNB-CBS

NATHANIEL HARVEY,

Plaintiff,

v.

T.S.M. GREGORY, Warden of Facility,
S. FULLER, Programs coordinator,
ADAMS COUNTY SHERIFF'S DEPARTMENT, and
ADAMS COUNTY,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Amended Stipulated Motion for Amendment of Scheduling Order re: Extension of Expert Discovery, Expert Disclosures, and Dispositive Motion Deadlines and to Vacate and Re-Set Final Pretrial Conference and Proposed Pretrial Order Submission Deadline** [docket no. 110, filed July 31, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
  The plaintiff shall designate all experts and provide opposing
  counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on
  or before **August 20, 2007**;
  The defendant shall designate all experts and provide opposing
  counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on
  or before **September 15, 2007**;
Expert discovery and depositions to be concluded: **October 15, 2007;**
Dispositive Motion deadline: **November 20, 2007**.

IT IS FURTHER ORDERED that the Pretrial Conference set for October 29, 2007, is **vacated and reset to January 29, 2008, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is

due on or before **January 22, 2008**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.

DATED:  August 2, 2007