IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01090-BNB-CBS

NATHANIEL HARVEY,

Plaintiff,

v.

T.S.M. GREGORY, Warden of Facility,
S. FULLER, Programs coordinator,
ADAMS COUNTY SHERIFF'S DEPARTMENT, and
ADAMS COUNTY,

Defendant.

---

# ORDER

---

This matter is before me on the **Motion to Withdraw** [Doc. # 117, filed 10/24/2007] filed by Mary Price Birk and Jason D. Patten III of the law firm of Baker & Hsotetler, LLP.  I held a hearing on the Motion to Withdraw this morning and made rulings of the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Withdraw is GRANTED.  Mary Price Birk and Jason D. Patton III are relieved of any further responsibility in the case.

DATED November 9, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge