IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01090-BNB-CBS

NATHANIEL HARVEY,

Plaintiff,

v.

T.S.M. GREGORY, Warden of Facility,
S. FULLER, Programs coordinator,
ADAMS COUNTY SHERIFF'S DEPARTMENT, and
ADAMS COUNTY,

Defendant.
_____

## ORDER
_____

This matter is before me on the **Plaintiff's Motion in Limine to Not Allow Defendants to Bring up Details of Plaintiff's Criminal History** [Doc. #141, filed 12/27/07] (the "Motion"). The plaintiff requests that, in the event he is permitted to have a jury trial, the defendants be prohibited from introducing evidence of his criminal history.

This case has not yet been set for trial. Therefore, the plaintiff's request is premature. Accordingly,

IT IS ORDERED that the Motion is DENIED AS PREMATURE.

Dated January 25, 2008.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge