IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01090-BNB-CBS

NATHANIEL HARVEY,

Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE,
ADAMS COUNTY, COLORADO,
T.S.M. GREGORY, Technical Services Supervisor, in her official and individual capacity,
S. FULLER, Detention Specialist, Programs Coordinator, in his official and individual capacity,
CAPTAIN JAMES WILBOURN, in his official and individual capacity,

Defendant.

_____

**ORDER**
_____

This matter is before me on **Defendants' Motion to Strike Portions of Plaintiff's Response to Motion for Summary Judgment** [Doc. #142, filed 1/4/08] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

Dated June 4, 2008.

                                                        BY THE COURT:

                                                        s/ Boyd N. Boland
                                                        United States Magistrate Judge