IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01090-BNB-CBS

NATHANIEL HARVEY,

Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE,
ADAMS COUNTY, COLORADO,
T.S.M. GREGORY, Technical Services Supervisor, in her official and individual capacity, and
S. FULLER, Detention Specialist, Programs Coordinator, in his official and individual capacity,

Defendant.
_____

**ORDER**
_____

Trial in this case is set for four days to a jury beginning **August 18, 2008**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Trial days run from 8:30 a.m. to 5:00 p.m.

A final pretrial conference is set for **July 18, 2008, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The plaintiff and his case manager shall contact the court at 303-844-6408 at that date and time to participate in the final pretrial conference. The parties shall prepare a proposed final pretrial order in the form of Appendix G, D.C.COLO.LCivR, and submit it to the court on or before **July 14, 2008**.

The following procedures supplement the Federal Rules of Civil Procedure and the local rules of this court:

**Miscellaneous Deadlines**

1. The parties shall exchange exhibits on or before **July 9, 2008**. Prior to the exchange of exhibits, the parties must confer in an attempt to agree on joint exhibits. The use of joint exhibits avoids duplication and confusion.

2. The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk of the court and served on the opposing party no later than **August 1, 2008**. The objections shall state concisely the evidentiary grounds for the objection and the legal authority supporting the objection. If the authority is a Federal Rule of Evidence, the Rule shall be cited; if the authority is case law, a copy of the case shall be provided to the court.

3. On or before **August 1, 2008**, the parties shall submit to the courtroom deputy the original exhibits, properly marked and filed in notebooks. Plaintiffs' exhibits should be marked with yellow labels, designated by numbers. Defendants' exhibits should be marked with blue labels, designated by alphabetical letters. If defendants have more than 26 exhibits, please mark them as A-1 through Z-1, A-2 through Z-2, etc. Do not use double or triple letters. Joint exhibits should be marked with white labels, designated by numbers. The civil action number shall appear on each exhibit sticker. Exhibits with more than one page shall have each page separately numbered. Dividers with the exhibit designation must be placed between each exhibit for ease of reference.

The parties also shall submit two copies of the exhibit notebooks for use by the court and one copy for use by opposing counsel.

4. On or before **August 1, 2008,** the parties shall submit to my chambers proposed jury instructions, verdict forms, and voir dire questions. Prior to that date, the parties shall confer in an attempt to reach agreement on stipulated jury instructions and verdict forms.

Stipulated jury instructions and verdict forms shall be so designated. Any jury instructions or verdict forms about which the parties cannot agree shall be submitted as disputed. Objections to any disputed jury instructions and verdict forms shall be submitted on or before **August 8, 2008**.

     5.     On or before **August 1, 2008**, the parties shall submit a statement of the case, including a statement of the claims and defenses, that the parties stipulate should be given to the jury at the commencement of the trial.

Proposed jury instructions, verdict forms, and voir dire questions shall be submitted by electronic mail to [boland_chambers@cod.uscourts.gov.](mailto:boland_chambers@cod.uscourts.gov) Instructions must be submitted to chambers in Word Perfect 12 (or a later version), although they may in the alternative be submitted in Word. A citation of authority in support of each proposed jury instruction must be contained at the bottom of each instruction submitted.

     6.     On or before **August 1, 2008**, the parties shall notify my courtroom deputy of the need for any special accommodations required by an attorney, party, or witness; and of the need for technological equipment, including videoconferencing, equipment required for the presentation of evidence using CDRom, and any equipment required for other electronic presentation of evidence.

**At the Final Pretrial Conference**

     1.     The parties shall include in the proposed final pretrial order their final witness lists with an estimate of the time required to complete direct examination. Witnesses shall be listed in the order they will be called. Each witness designated as a "will call" witness shall be that party's representation, upon which the opposing party may rely, that the witness will be present and available for testimony at trial.

2. The parties shall submit three copies of their exhibit lists (including joint exhibits). Stipulations as to authenticity and admissibility shall be set forth on the exhibit lists. The parties shall be prepared at the final pretrial conference to enter into additional stipulations as to the admissibility of exhibits.

**On the First Day of Trial**

The parties shall submit to the courtroom deputy an original and three copies of any stipulations.

**General Information**

1. My courtroom deputy is Geneva Mattei. She can be reached at 303-335-2061. Any questions concerning exhibits or courtroom equipment should be directed to her. The proceedings will be tape recorded. Any request for transcripts should be directed to the courtroom deputy. Extraordinary requests, such as for daily copy, should be made at least 30 days in advance of the trial date.

2. My secretary is Estee Fraitag. She can be reached at 303-844-6408.

3. My staff attorney is Renee Christian. She can be reached at 303-844-6408.

4. At trial, all parties and witnesses shall be addressed as "Mr.," "Mrs.," "Ms.," "Dr.," etc. Informal references are not authorized except with my express permission.

Dated June 19, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge