IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01090-BNB-CBS

NATHANIEL HARVEY,

Plaintiff,

v.

T.S.M. GREGORY, Warden of Facility,
S. FULLER, Programs coordinator,
ADAMS COUNTY SHERIFF'S DEPARTMENT, and
ADAMS COUNTY,

Defendant.

## ORDER

This matter is before me on the plaintiff's **Motion in Limine** [Doc. #167, filed 6/26/08] (the "Motion"). The plaintiff requests that the defendants be prohibited from introducing at trial evidence of his criminal history. The Federal Rules of Evidence permit evidence of a witness's criminal history for the purpose of attacking the witness's character for truthfulness if the court finds that the probative value of such evidence outweighs its prejudicial effect. Fed.R.Evid. 609. It is premature to determine whether the admission of such evidence would be appropriate under Rule 609. Accordingly,

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE, subject to a contemporaneous objection if and when the evidence is offered at trial.

Dated July 14, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge