IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01090-BNB-CBS

NATHANIEL HARVEY,

Plaintiff,

v.

ADAMS COUNTY SHERIFF'S DEPARTMENT,
ADAMS COUNTY, COLORADO,
T.S.M. GREGORY, Technical Services Supervisor, in her official and individual capacity,
S. FULLER, Detention Specialist, Programs Coordinator, in his official and individual capacity, and
CAPTAIN JAMES WILBOURN, in his official and individual capacity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Motion to Vacate Trial Date and Associated Deadlines** [docket no. 180, filed July 29, 2008] (the "Motion"). It has been brought to my attention that the parties have reached a settlement in this matter. Therefore,

IT IS ORDERED that the Motion is GRANTED. The August 18, 2008 trial date is VACATED. The August 1, 2008 deadlines for submission of original exhibits, objections to exhibits, jury instructions, voir dire questions and a joint statement of the case are all VACATED.


DATED: July 30, 2008