IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 05-cv-01090-BNB-CBS

NATHANIEL HARVEY,

    Plaintiff,

v.

T.S.M. GREGORY, Technical Services Supervisor, in her official and individual capacity, and S. FULLER, Detention Specialist, Programs Coordinator, in his official and individual capacity,

    Defendants.

## CONSENT DECREE

1. Plaintiff Nathaniel Harvey has commenced this civil action against Defendants, employees of the Adams County Sheriff's Office, for claims, among others, related to the provision of kosher diets to Muslim inmates at the Adams County Detention Facility ("ACDF").

2. Plaintiff and Defendants have settled their dispute and wish to enter into a Consent Decree regarding two policy changes at ACDF.

3. The Adams County Sheriff's Office agrees to implement the following policies at ACDF: A) All inmates will be permitted to change their official religious affiliation one time during each 12-month calendar year; and B) Muslim inmates will be afforded the same access to a kosher diet as Jewish inmates at ACDF.[1]

---

[1] Muslim inmates will be subject to the same rules as inmates of other religions with regard to religious diet accommodations at the ACDF, including potential revocation of religious diet accommodations due to rules violations.

4. The parties agree that the policy changes outlined in paragraph 3 above may be enforced by the United States District Court for the District of Colorado.

Respectfully submitted:

_Nathaniel Harvey #13028_7
Nathaniel Harvey, #13027
Pro Se
c/o Sterling Correctional Facility
P.O. Box 6000
Sterling, CO 80751

_Heidi M. Miller_
HAL B. WARREN
COUNTY ATTORNEY

s/ Heidi M. Miller
Heidi M. Miller
Assistant County Attorney
Adams County Attorney's Office
450 S. 4th Avenue
Brighton, CO 80601
Phone: 303-654-6116
Fax: 303-654-6114
hmiller@co.adams.co.us
Counsel for Defendants

ORDERED this 6th day of August 2008.

BY THE COURT:

_Boyd N. Boland_
~~United States Magistrate~~

**BOYD N. BOLAND**
**United States Magistrate Judge**